UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DISTRICT COUNCIL OF NEW YORK
CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

                        Petitioner,                    23 **CIVIL** 5014 (ER)

      -against-                               **JUDGMENT**

SOUTH ISAND INSTALLERS, INC.,

                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 26, 2024, the petition to confirm the award is GRANTED. Judgment is entered in favor of District Council in the amount of $14,546.6, consisting of: (i) $9,853.67 in arbitration award; (ii) $2,100 in arbitrator's fee; (iii) $1,920 in attorney fees; and (iii) $672.93 in costs. Postjudgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
            August 26, 2024

                                                      **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                                **BY:**
                                                       **Deputy Clerk**